IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXIOM INVESTMENT ADVISORS, LLC, by and through its Trustee, Gildor Management, LLC, and AXIOM INVESTMENT COMPANY, LLC, by and through its Trustee, Gildor Management, LLC,<br><br>                              Plaintiffs,<br>     vs.<br><br>DEUTSCHE BANK AG,<br><br>                              Defendant. | Case No. 15-cv-09945 (LGS) |

**DECLARATION OF RANDALL P. EWING IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 23**

Randall P. Ewing declares:

1.     I am a partner at Korein Tillery, LLC, and I am one of the attorneys principally responsible for the handling of this matter. I submit this declaration in support of Plaintiffs' Motion for Class Certification Pursuant to Federal Rule of Civil Procedure 23. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

2.     Attached as Exhibit 8 to this declaration, and pursuant to Rule of Evidence 1006, is a summary chart that contains true and accurate excerpts of relevant portions of contracts or agreements produced in this case.

1

3. Attached as Exhibits are true and accurate excerpts of transcripts from depositions taken in this case. They consist of:

| Deponent Name | Citation | Exhibit |
|---|---|---|
| David Leigh | 35:6-36:7, 37:15-24, 64:13-17, 64:18-25, 65:1-15, 69:12-19, 74, 74:1-5, 75:25-76:2, | 2 |
| Maria Prata | 34:24-35:8, 35:5-8, 44:5-12, 53:19-54:5, 73:3-9, 91:16-92:4, 153:20-154:5, 179-180, 179:25-180:16, 182:3-13, 186:11-23, 187:7-19, 251:11-252:22 | 3 |
| Ian O'Flaherty | 35:18-23, 37:1-10, 96:25-97:9, 97:10-25 106:9-10, 133:8-12, 153:9-154:12 | 7 |
| Roel Oomen | 38:5-6;11-15, 78:3-4;14-16, 150:25-151:3, 151:9-13, 152:15-18, 154:16-155:10, 155:12-156:11, 161:10-14, 249:1-251:17 | 10 |
| Aleksander Ivic | 59:7-60:5, 113:15-114:4, 118:10-119:19 | 12 |
| Philip Wood | 34:5-35:13, 37:5-37:20, 102:4-102:8 | 21 |
| Ephraim Gildor | 115:9-117:25, 117:10-14, 123:3-126:10, 135:23-137:8, 309:19-312:25, 328:14-329:9, 336:6-25, 355:18-357:2 | 24 |
| George Kirchgaesser | 292:4-25 | 25 |

4. Attached as Exhibits are true and accurate excerpts of documents produced in this case. They consist of:

2

| Bates ID | Exhibit |
|---|---|
| DB-Axiom_01241496 | 1 |
| DB-Axiom_01913539 | 4 |
| DB-Axiom_0236548 | 5 |
| DB-Axiom_01469972 | 6 |
| DB-Axiom_01279897 | 9 |
| DB-Axiom_01314378 | 11 |
| DB-Axiom_00910034 | 13 |
| DB-Axiom_01726366 | 14 |
| DB-Axiom_02285379 | 15 |
| DB-Axiom_02405310 | 16 |
| DB-Axiom_02419337 | 17 |
| DB-Axiom_01205241 | 18 |
| DB-Axiom_01657651 | 19 |
| DB-Axiom_01314483 | 20 |
| DB-Axiom_01621455 | 23 |
| DB-Axiom_019052 | 26 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2018 in Chicago, Illinois.

_____
Randall P. Ewing