# Exhibit 8

| Bates | "Each price shall be effective and may be used in a trade instruction prior to the earlier of its expiration time." | "Execution of a trade instruction by Deutsche Bank (which shall occur upon receipt of such instruction by Deutsche bank and verification by Deutsche Bank that such instruction complies with the requirements of this section [ ]) shall constitute a binding agreement by Client and Deutsche Bank to a Transaction between them on terms of such instruction, irrespective of whether such trade instruction was entered by Client when the System and FIX connection are operational." | "Any amendments to this [ ] shall be in writing and signed by the parties hereto." | "Except as might otherwise be provided in any Specific Terms, this Agreement is governed by and shall be construed in accordance with the laws of the State of New York, without giving effect to conflict of laws principles, and the parties irrevocably submit, for the exclusive benefits of Deutsche Bank, to the jurisdiction of the Courts of the State of New York, Borough of Manhattan" | "Deutsche Bank may reject a trade instruction for any of the following reasons…The price shall have expired, been superseded by a subsequent price or has been withdrawn."  OR  "The price shall be the latest price received by Client for such currency pair from Deutsche Bank and, at the time the applicable trade instruction is received by Deutsche Bank, shall not have expired, been withdrawn or been superseded on Deutsche Banks server by another price." |
|---|---|---|---|---|---|
| DB-Axiom_02369514 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02368680 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02368501 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02364991 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_01497154 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02360481 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02341596 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02019782 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02381769 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02378232 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02381569 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_01622024 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02369459 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02368468 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_01858721 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_01858752 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02365722 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02364456 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_01256624 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_01241183 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_01241137 | XXX | XXX | XXX | XXX | XXX |
| DB-Axiom_02350775 |  | XXX | XXX | XXX | XXX |
| DB-Axiom_02345095 |  | XXX | XXX | XXX | XXX |