# EXHIBIT 10

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -

AXIOM INVESTMENT ADVISORS, LLC,    )
by and through its Trustee, Gildor )
Management, LLC, and AXIOM         )
INVESTMENT COMPANY, LLC, by and    )
through its Trustee, Gildor        )
Management, LLC,                   )
                                   )
                    Plaintiffs,    )
                                   )  Case No.
v.                                 )  15 Civ. 9945 (LGS)
                                   )
DEUTSCHE BANK AG,                  )
                                   )
                    Defendant.     )
                                   )
-------------------------------------


             VIDEOTAPED DEPOSITION OF ROEL OOMEN

                          VOLUME I

                  Friday, November 3, 2017

                      AT:  9:11 a.m.



                        Taken at:

                   Kirkland & Ellis LLP
                      30 St Mary Axe
                    London EC3A 8AF
                     UNITED KINGDOM



Court Reporter:

Rose Kay
```



```
1       Q.  Do you recall at least one?
2       MR. GENSER:  Same objection.
3       A.  I recall the conversation that I highlighted,
4  yes.
5  BY MS. LAWRENCE:
6       Q.  Are you familiar with FX Direct Dealer LLC,
7  often referred to as "FXDD"?
8       A.  I believe they are a client of ours, yes.
9       Q.  And what is FXDD?
10      A.  I believe, but I am not certain, that they are
11 a retail broker.
12      Q.  Do you recall FXDD ever being fined for its --
13 any of its processes involving last look?
14      MR. GENSER:  Objection, form.
15      A.  I don't recall.
16 BY MS. LAWRENCE:
17      Q.  Outside of the last look context, are you
18 aware of any other investigations, cases or settlements
19 concerning FX trading against Deutsche Bank?
20      MR. GENSER:  Object to form; and I also object
21 potentially on the grounds of attorney-client privilege and
22 work product.  To the extent that your answer would be based
23 on, or reveal, attorney-client communications, I instruct
24 you not to answer the question.  If you can answer without
25 revealing those communications, then you can answer.
                                                        37
```

```
1       A.  Sorry, can you repeat the question one more
2  time?
3              (Record read.)
4       MR. GENSER:  Same objection and same instruction.
5       A.  I believe the DFS investigation is broader
6  than just last look.
7  BY MS. LAWRENCE:
8       Q.  And what do you mean by "the DFS
9  investigation"?
10      MR. GENSER:  Same objection and same instruction.
11      A.  So the New York Department of Financial
12 Services, concerning investigations and Deutsche Bank FX
13 trading, and that has been publicly reported.
14      And the scope of that, I believe, is broader than
15 last look.
16 BY MS. LAWRENCE:
17      Q.  Are you familiar with any of the cases or
18 settlements against any banks, concerning the setting of
19 the FX benchmark or currency fix?
20      MR. GENSER:  Same objection and same instruction
21 to the witness concerning privilege.
22      A.  Yes.  Familiar in the sense that I know there
23 have been fixing allegations and fines being paid, yes.
24 BY MS. LAWRENCE:
25      Q.  Who is Kevin Sheppard?
                                                        38
```

```
1       A.  The Kevin Sheppard I know, presumably.  He is
2  an Oxford academic.
3       Q.  And did you and he write an article where you
4  referenced the 4 p.m. FX currency fix?
5       A.  Yes.
6       Q.  So you are familiar with the 4 p.m. FX
7  currency fix; correct?
8       A.  Yes.
9       Q.  And are you aware that there are cases and
10 settlements concerning that?
11      MR. GENSER:  Object to form and objection,
12 relevance.
13      A.  Yes, I read the news.  I have come across it.
14 BY MS. LAWRENCE:
15      Q.  And are you familiar with, in particular, the
16 cases and settlements concerning Deutsche Bank and the FX
17 currency fix?
18      MR. GENSER:  Object to form, relevance.
19      A.  I don't believe so.
20 BY MS. LAWRENCE:
21      Q.  Shifting gears a little bit.  Can you please
22 explain to me your highest level of education that you have
23 completed?
24      A.  I have a PhD in economics.
25      Q.  And where is that from, please?
                                                        39
```

```
1       A.  From the European University Institute.
2       Q.  Where is that located?
3       A.  In Florence, Italy.
4       Q.  And what year did you obtain that PhD?
5       A.  2003.
6       Q.  And did you have a sub-specialty within
7  economics?
8       A.  Yes.
9       Q.  And what was that?
10      A.  The analysis of high frequency financial
11 market data.  The statistical analysis, I should say.
12      Q.  And prior to attending the European University
13 Institute, did you obtain any other degrees?
14      A.  Yes, I obtained a Masters degree.
15      Q.  And where did you obtain your Masters?
16      A.  The University of Groningen in Holland.
17      Q.  You are probably going to have to spell that.
18      A.  Yes.  G-R-O-N-I-N-G-E-N.
19      Q.  And what was that Masters in, please?
20      A.  Econometrics.
21      Q.  And what year did you obtain that Masters?
22      A.  1997.
23      Q.  And again, did you have a sub-specialty under
24 econometrics?
25      A.  At that point, no.
                                                        40
```



**Page 77**

1  bank, your employer, would give for a definition?
2        MR. GENSER: Objection, lack of foundation. And
3  I will note: Mr. Oomen is not here as a 30(b)(6) witness.
4  You have had your opportunity to question the bank's
5  30(b)(6) witness on the topic of last look. So let's not
6  try to turn this into a 30(b)(6) deposition, which it is
7  not.
8        A. Firstly, I should say: you call it
9  a "definition". I would call it an informal description
10 on my behalf.
11       I don't think the way I described "latency buffer"
12 is materially inconsistent with how Deutsche Bank would view
13 this process.
14 BY MS. LAWRENCE:
15       Q. Okay. Turning back to slide 22. Do you see
16 the last line says:
17       "It halts the latency arms race and similar
18 concepts have recently been deployed ..."
19       Then it lists four entities. Do you see that?
20       A. Yes.
21       Q. Specifically what do you mean by a "latency
22 arms race"?
23       A. The -- the development where market
24 participants are investing time, effort and resources into
25 trading in ways that are latency-sensitive.

**Page 78**

1        Q. And what are some of those ways?
2        MR. GENSER: Objection, vague.
3        A. Co-locations, microwave networks. Those are
4  two examples.
5  BY MS. LAWRENCE:
6        Q. So these would be mechanisms to shorten the
7  latency period during a trade decision?
8        MR. GENSER: Objection, misstates the testimony.
9        A. No.
10 BY MS. LAWRENCE:
11       Q. Okay. Then what is the purpose of those ways,
12 those mechanisms you listed?
13       MR. GENSER: Objection, vague.
14       A. Faster communication between locations and,
15 I guess, order submission closer to the matching engine of
16 the venue.
17 BY MS. LAWRENCE:
18       Q. So faster communications would enable
19 a liquidity provider to make a trade decision, based on
20 relevant information quicker; correct?
21       MR. GENSER: Objection, form. Vague.
22       A. The context we are discussing here is ParFX,
23 EBS, Reuters and IEX.
24 BY MS. LAWRENCE:
25       Q. No, we are not talking about the slide.

**Page 79**

1        A. Ah, well --
2        MR. GENSER: Objection -- hold on. What is the
3  question? Your last statement was: "We are not talking
4  about the slide." It is not a question. So do you have
5  a question?
6        MS. LAWRENCE: Can you read back the last
7  question, please?
8              (Record read.)
9        MR. GENSER: Objection, vague. Misstates the
10 testimony.
11       A. Sorry, maybe I should just summarize the
12 argument we have had. You are asking me about a specific
13 quote, and I gave two examples of activities that I would
14 judge to be part of the latency arms race.
15       The context in which I gave these examples are
16 traders trying to execute trades on the venues that are
17 listed in this quote here.
18       Your question seems to depart from this entire
19 context and ask something unrelated.
20 BY MS. LAWRENCE:
21       Q. Okay. So don't look at the slide; okay? I am
22 asking you -- if I said: what do you understand the term
23 "latency arms race" to mean, what would your answer be?
24       MR. GENSER: Objection, asked and answered.
25       A. Market participants investing in technology

**Page 80**

1  that allows for -- well, that allows for latency-sensitive
2  trading.
3  BY MS. LAWRENCE:
4        Q. And one way to get around that investment is
5  to employ a latency buffer; correct?
6        MR. GENSER: Object to form. Vague.
7        A. So the rationale for a lot of the venues that
8  are listed here, that have introduced a latency floor, is to
9  mitigate the arms race. That is reflected in public
10 statements from IEX, Reuters, EBS and ParFX, for instance.
11       MS. LAWRENCE: Okay. I am going to move to strike
12 that answer as non-responsive. Can you read the question
13 back, please?
14       MR. GENSER: That answer was completely responsive
15 and you can't just move to strike testimony that you don't
16 like.
17       MS. LAWRENCE: Can you repeat the question,
18 please?
19             (Record read.)
20       MR. GENSER: Object to form. Vague. Asked and
21 answered.
22       A. Sorry. Are you asking me a question now?
23 BY MS. LAWRENCE:
24       Q. I have asked the question now twice.
25       A. Okay. Shall I answer it a second time?


**Page 149**

1    MR. GENSER:  Mr. Oomen, do you need some water or
2 anything?
3    A.  Yes, can I have some water?  Thank you.
4    A price quote -- I wouldn't use the term "price
5 quote" because a quote consists of a number of attributes,
6 and one of them is price.  But other ones are quote ID,
7 amount, currency pair; a number of factors.  So a quote is
8 a quote and a price would be part of a quote.
9 BY MS. LAWRENCE:
10    Q.  So are you sending quotes or prices?
11    A.  We send quotes, indicative quotes.
12    Q.  So in this DTA model, Deutsche Bank compares
13 the price in the client trade request to the most recent
14 updated client stream price?
15    MR. GENSER:  Objection, vague with respect to
16 "this DTA model".
17    A.  Yes, I don't -- so as I said, I don't
18 recognize this document.  I haven't authored it.  So when
19 you say: "within this model, what does Deutsche Bank do?"
20 I wonder if you can rephrase the question.
21 BY MS. LAWRENCE:
22    Q.  Okay.  So this document aside, in
23 Deutsche Bank's DTA methodology, does Deutsche Bank compare
24 the price in the client trade request to the most recent
25 updated client stream prices?

**Page 150**

1    MR. GENSER:  Objection, vague.
2    A.  Yes.  There will be a scenario where it might
3 do that.  But it doesn't necessarily need to do that.
4 BY MS. LAWRENCE:
5    Q.  So you are familiar with the DTA module at
6 Deutsche Bank; correct?
7    A.  So as I mentioned, at a high level I am
8 familiar with it, yes.
9    Q.  Okay.
10    Can you explain, for the record, how it works,
11 from your high level understanding?
12    A.  So the trading protocol we have with clients
13 is where we send indicative quotes to our clients.  And they
14 then send trade instructions on those indicative quotes for
15 consideration by us, to determine whether we can accept or
16 reject those trade requests.
17    The -- a number of checks will form part of this
18 decision, that are not all related to DTA.  But one of the
19 checks could be DTA.
20    As I highlighted before, the delayed acceptance --
21 the delayed trade acceptance configuration is only
22 applicable to a small subset of targeted clients who trade
23 in a latency-sensitive manner and it is a defensive
24 mechanism against it.
25    The delayed trade acceptance piece would, after

**Page 151**

1 a number of other checks have been completed, like a credit
2 check, quote integrity, liquidity check, system
3 availability, and so on, impose a short delay; after which
4 it will make an accept or reject recommendation, on the
5 basis of where the most up to date client price is, compared
6 to the price that the client originally sent the request
7 upon.
8 BY MS. LAWRENCE:
9    Q.  So after the trade instructions, you said
10 a series of checks occurs; correct?
11    MR. GENSER:  Objection, misstates the testimony.
12    A.  After the receipt of the trade instruction,
13 yes, a number of checks occurs.
14 BY MS. LAWRENCE:
15    Q.  And that occurs before any DTA is applied;
16 correct?
17    MR. GENSER:  Objection, vague.
18 BY MS. LAWRENCE:
19    Q.  Irrespective of a DTA?
20    A.  I believe there are parallel processes.
21 BY MS. LAWRENCE:
22    Q.  Are there any other price comparisons done
23 outside of the DTA acceptance --
24    MR. GENSER:  Objection, vague.
25 BY MS. LAWRENCE:

**Page 152**

1    Q.  -- module?
2    A.  Outside of the?
3    Q.  DTA acceptance module.
4    MR. GENSER:  Objection, vague.
5    A.  Yes.  So if delayed trade acceptance is not
6 configured, then we will obviously still check if the trade
7 requests that are coming in are on-market.
8 BY MS. LAWRENCE:
9    Q.  How do you check that?
10    A.  So there are a number of checks.
11    We check whether the client is sending a request,
12 based on a valid quote ID, so checking basically whether he
13 is attempting to deal on a quote that we have actually
14 previously sent to him.
15    We will check at what point did we send that quote
16 ID to him and whether there have been any subsequent quotes
17 since then; i.e. is he dealing on a stale quote, not the
18 latest available quote?
19    And then if it is on a valid quote ID, we would
20 still do a price check as well, to make sure that it is
21 within the parameters specified by the system.
22    Q.  So if a DTA is applied, you say that after
23 a specified period of time, Deutsche Bank decides whether or
24 not to accept the trade on the basis of where the most up to
25 date client price is; correct?

```
                                                    153
 1        A.  Sorry, can you say that again?
 2        Q.  Can you read it back, please?
 3              (Record read.)
 4        MR. GENSER:  Object to form.
 5        A.  Yes, I said the trade acceptance module will
 6   then make a recommendation to accept or reject the trade.
 7   BY MS. LAWRENCE:
 8        Q.  By using what price comparison?
 9        MR. GENSER:  Objection, asked and answered.
10        A.  By comparing the rate at which the client is
11   requesting to deal, versus the current rate that we are --
12   that is valid for the client at that point in time.
13   BY MS. LAWRENCE:
14        Q.  The current rate that you yourself just said,
15   is that, in your opinion, the actual rate?
16        MR. GENSER:  Objection to form.  In particular, to
17   the extent you are seeking an opinion, Mr. Oomen is not
18   being proffered as an expert witness.
19        A.  I would say it's the -- it's the most accurate
20   assessment that we can make of where a fair price of
21   liquidity is at that point in time.
22   BY MS. LAWRENCE:
23        Q.  Wouldn't the most accurate assessment be
24   a historical price?
25        A.  No.
```

```
                                                    154
 1        Q.  And why is that?
 2        A.  Well, there's nearly an infinite amount of
 3   historical prices.  None of them are -- I mean, a historical
 4   price can be -- sorry.  I just don't ... a historical price
 5   from 1992 or ...?
 6        Q.  No, from a millisecond before or 2
 7   milliseconds before, or still on its own.
 8        MR. GENSER:  Object to form, vague.
 9        A.  I would say the most accurate price
10   incorporates all the information up to date; and so looking
11   back in history, you are always going to have a less
12   accurate price.
13   BY MS. LAWRENCE:
14        Q.  In the absence of DTA, if DTA is not applied.
15        A.  Mm-hm.
16        Q.  What price is the client's trade request price
17   compared to?
18        MR. GENSER:  Objection, asked and answered.
19        A.  It's still the same price.  So -- sorry.  The
20   same logic applies, except that there's no delayed trade
21   acceptance taking place.
22        We will still do a price check, in terms of
23   whether the trade request can be accepted, on the basis of
24   the prices that we are currently showing to the client.
25        Maybe just to emphasize this point:  that even in
```

```
                                                    155
 1   the absence of delayed trade acceptance, time still -- it
 2   still takes time to have a negotiation between the liquidity
 3   provider and the client.  So we are sending indicative
 4   quotes to the client.  That takes time.  The client needs to
 5   make a trade decision on whether to send an instruction.
 6   That takes time.  The client then sends that instruction
 7   over to Deutsche Bank and that takes time.
 8        And so even in the absence of delayed trade
 9   acceptance, there is the need to check whether the prices
10   are still accurate, because time has elapsed.
11   BY MS. LAWRENCE:
12        Q.  Okay.  So are you comparing it to the most
13   updated price at the time you have completed your checks?
14        MR. GENSER:  Object to form.  Vague.
15        A.  So without DTA, we would compare the incoming
16   trade request to the current client price, at the time of
17   the trade acceptance decision.  Without DTA, there is no
18   additional pause before we make that decision.
19   BY MS. LAWRENCE:
20        Q.  So that decision is made after the checks are
21   run; correct?
22        MR. GENSER:  Objection, misstates the testimony.
23   Asked and answered.
24        A.  We first -- before we can even contemplate
25   a trade acceptance decision, we need to understand whether
```

```
                                                    156
 1   the trade request that the client sends in is a valid trade
 2   request.
 3   BY MS. LAWRENCE:
 4        Q.  And after you do that, you do a price check;
 5   correct?
 6        A.  Yes.
 7        Q.  Okay.  And could there be a price update
 8   during the time in which all the other checks are being
 9   applied?
10        MR. GENSER:  Object to form.
11        A.  Yes, I believe so.
12        MS. LAWRENCE:  He needs to change the tape.
13        THE VIDEOGRAPHER:  Going off the record at 2:54.
14   End of tape 2 in the deposition of Mr. Roel Oomen.
15   (2:54 p.m.)
16              (Break taken.)
17   (3:08 p.m.)
18        THE VIDEOGRAPHER:  This is the beginning of
19   tape 3, volume I, and a continuation in the deposition of
20   Mr. Roel Oomen.  On the record at 3:08.
21   BY MS. LAWRENCE:
22        Q.  Just a follow-up on what we were talking about
23   before the break, Mr. Oomen.
24        In the absence of the application of DTA, is it
25   possible for Deutsche Bank to reject a trade, because its
```



**Page 161**

```
 1  to "very first".
 2      A.  Sorry.  When you say "the very first check",
 3  it suggests that you have in mind other checks to happen
 4  subsequently.  So I guess by that argument, it cannot be
 5  the price that is used in the trade acceptance final
 6  decision.
 7  BY MS. LAWRENCE:
 8      Q.  Okay.  The first or the only check; is that
 9  better?
10      A.  So if no DTA is applied, there will still be
11  a price check, and that compares, subject to other checks
12  passing, the quote ID and the rate contained in that trade
13  request, compared to the current rate at the point of the
14  trade acceptance.
15      Q.  And if a DTA -- I am sorry.
16      A.  And at the trade acceptance decision, there
17  is, I guess -- maybe this is what you are referring to.
18  There is a threshold parameter set, which is described here
19  in this document, which would be, I guess, almost a -- well,
20  it would be a scenario where we could shortcut the process
21  and respond quicker than we otherwise would, on the basis of
22  the price check done when the trade request is coming into
23  the bank.
24      Q.  Irrespective of that document or thresholds --
25  strike what I just started asking.
```

**Page 162**

```
 1      You referred to this document, which is about
 2  the DTA module.  So is that price check you were just
 3  referring to, part of the DTA module or in the absence of
 4  the DTA module?
 5      A.  I believe that check happens, regardless.
 6      Q.  Okay.
 7      A.  And then there is an optional DTA process.
 8      Q.  Okay.
 9      So there's the point of the trade request and
10  then, absent the DTA, there is a trade decision.  And you
11  say that that's based on the current rate at the point of
12  the trade acceptance.  That is the price check that occurs
13  there; correct?
14      MR. GENSER:  Object to form.
15      A.  Yes, broadly, I think that's correct.
16  BY MS. LAWRENCE:
17      Q.  Okay.  And then if a DTA is applied, there is
18  another point?
19      A.  Not another point.  There is just a different
20  point.
21      Q.  Fair enough; there is a different point.  And
22  a price check is done at that point, based upon the current
23  rate at that point; correct?
24      A.  Yes.
25      Q.  Okay.
```

**Page 163**

```
 1      Let's mark -- I am short of copies on this one,
 2  and I apologize for that -- as exhibit 57, a document
 3  bearing Bates number DB-Axiom_00401103.
 4      (Exhibit 57 marked for identification.)
 5      MR. GENSER:  You just gave me one copy.  Do you
 6  have any others?
 7      MS. LAWRENCE:  I just told you.  I am
 8  unfortunately short on copies on that one.
 9      MR. GENSER:  Okay.  I just --
10      MS. LAWRENCE:  That is the only one I think I am
11  short on, and I truly do apologize.
12      MR. GENSER:  That is okay.  We can share.
13      MS. LAWRENCE:  We realized that, some time after
14  the power outage.  She is going to look and maybe we can
15  find another one.
16      A.  This is printed out of the U.S.?  I mean, the
17  date would be January 11 or 1st November?
18  BY MS. LAWRENCE:
19      Q.  So my understanding is that these are U.S. --
20      A.  Okay.  So in January?
21      Q.  That is correct.
22      And some of them are mathematically impossible;
23  you know, like a 1/31 or something.  That is what I base
24  that on.
25      A.  Okay.
```

**Page 164**

```
 1      MR. GENSER:  I just want to understand.  There's
 2  two things that you handed me.  It is all the same exhibit?
 3      MS. LAWRENCE:  They are all the same exhibit.
 4  They are sequential Bates pages.
 5      MR. GENSER:  Okay.  So it is going from 103
 6  through 112?
 7      MS. LAWRENCE:  That's correct.
 8      A.  Yes, go ahead.
 9  BY MS. LAWRENCE:
10      Q.  Do you recognize the e-mail and the attachment
11  before you?
12      A.  I don't have a recollection of this.
13      Q.  The e-mail side -- generally what type of
14  document is the attached document?
15      A.  So by looking at the document, this looks
16  like -- to be written by Henrik Muer who is a quant in
17  the -- sorry so I don't ...
18      He has basically modified an existing document to
19  reflect the discussions we have had, as I can see from the
20  body of the e-mail.  So I am assuming he is not the author
21  of this, but has edited it in some sense.
22      This was in 2011, at some point, probably January,
23  which is about one and a half years before the Rapid
24  go-live.  So I am assuming that this was the very early
25  stages of starting to think about the design of Rapid.
```

Page 249:

```
 1       Q. And the questions best answered by somebody
 2  else included:
 3           "What is the logic of your last look
 4  algorithm ..."
 5       A. That's right. Well, sorry. Yes, okay, if you
 6  write that here, yes.
 7           MR. GENSER: I will just note for the record: you
 8  only read half of that sentence, to the extent you are
 9  reading from the document.
10  BY MS. LAWRENCE:
11       Q. So based upon this e-mail, that wasn't
12  something that salespeople could comfortably -- or junior
13  salespeople could comfortably answer?
14       A. That was our assessment, yes.
15           And by the way, that wasn't necessarily just our
16  assessment. That would have also been the assessment of the
17  junior salespersons.
18       Q. How do you know that?
19       A. So I think the background to this is that
20  sales were getting into, sort of, over time, in the
21  evolution that I described before, the discussions were
22  becoming more technical over time as to the platform and the
23  execution style of traders is becoming more technical.
24           Junior salespeople have a variety of functions,
25  and don't always specialize, even in FX spots specifically,
```

Page 250:

```
 1  certainly not in electronic spots exclusively. And so they
 2  wouldn't always be aware of all the intricacies of the
 3  trading platform.
 4           And so they can answer high level questions, but
 5  when they end up in conversations where clients are asking
 6  them a detailed question, there have been instances where
 7  they escalate that to their manager and say: "I am ending up
 8  in conversations where I don't necessarily know the details.
 9  What should I do?"
10           And this was kind of an effort to give guidance to
11  salespeople to say: "If you don't know the answer to
12  a question, say you don't know the question and you will
13  follow up."
14           And this was basically to provide a framework or
15  a guidance for sales; a cheat sheet, if you like, to
16  understand: "These are the topics that I am expected to
17  answer and these are the topics that I am expected to defer
18  to more senior people within the organization."
19           And from memory, this was not -- this was an
20  effort that was conducted across the global markets; so
21  this wasn't FX-specific.
22       Q. Your examples of the categories include, in
23  your definition, as we just discussed, it does include last
24  look algorithm, though, which is specific to FX in this
25  instance; correct?
```

Page 251:

```
 1       A. Last look, in one way or the other, is part of
 2  any OTC market.
 3       Q. But at the time, you worked in the FX market;
 4  correct?
 5           MR. GENSER: Objection, argumentative.
 6       A. At the time, I worked in FX. I don't think
 7  that is related to your question, in that case.
 8  BY MS. LAWRENCE:
 9       Q. Were junior salespeople familiar with the
10  methodology behind delayed trade acceptance on Autobahn or
11  on Rapid?
12           MR. GENSER: Objection, asked and answered. Lack
13  of foundation.
14       A. I would expect them to have some basic high
15  level understanding of the process. But that doesn't mean
16  that they will be able to answer any client queries on that
17  topic.
18  BY MS. LAWRENCE:
19       Q. What does an FMR meeting mean to you?
20       A. I don't recall. Perhaps it is an industry
21  body. I don't know. I don't know.
22       Q. Do you know John Estrada?
23       A. Yes, I know John Estrada.
24       Q. Did John Estrada work at Credit Suisse?
25       A. Yes.
```

Page 252:

```
 1       Q. And what was his position, or what is his
 2  current position at Credit Suisse?
 3       A. Well, I believe he is in a similar role to
 4  mine. I don't know his exact responsibilities, but I think
 5  he is -- well, I believe he is head of E-trading or
 6  a similar role.
 7       Q. Do you communicate, or have you communicated,
 8  with individuals in similar roles as yours at other banks?
 9           MR. GENSER: Objection, vague.
10       A. So to give you an example. The Market Maker
11  Advisory Committee gathers a number of trading heads from
12  a number of banks. And so that would be one example where
13  I would sit in the same room with my peers and interact,
14  communicate and discuss topics with them.
15  BY MS. LAWRENCE:
16       Q. Do you recall having specific conversations
17  with Mr. Estrada in 2014 about DTA or last look?
18           MR. GENSER: Object to form.
19  BY MS. LAWRENCE:
20       Q. Or both?
21           MR. GENSER: Object to form.
22       A. I don't recall specifically. I do recall that
23  John, on one or a few occasions, has asked me to get
24  involved in some forum or discussion on these topics.
25           To the best of my knowledge, I have never accepted
```

