# Exhibit 11

# Filed Under Seal

## Pursuant to Court Order Entered Oct. 12, 2018 Dkt. No. 165