# EXHIBIT 12

Aleksandar Ivic 10/27/2017

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF NEW YORK
    ---------------------------------------------X
3  AXIOM INVESTMENT ADVISORS, LLC, by and
    through its Trustee, Gildor Management, LLC,
4  and AXIOM INVESTMENT COMPANY, LLC, by and
    through its Trustee, Gildor Management, LLC,

5
                              Plaintiffs,
6
            -against-
7
    DEUTSCHE BANK AG,
8
                              Defendant.
9
    Case No.:  15 Civ 9945
10  ---------------------------------------------X

11

12                        601 Lexington Avenue
                          New York, New York
13
                          October 27, 2017
14                        8:32 a.m.

15

16        VIDEOTAPED DEPOSITION of ALEKSANDAR IVIC,

17  taken before Sadie L. Herbert, a RPR and Notary

18  Public of the States of New York and New Jersey.

19

20

21

22

23

24

25



IVIC

1  IVIC
2     A   I would say not 100 percent of the
3  time, but mainly, yes.
4     Q   And this is -- Exhibit 38 is one of the
5  documents that you would provide them at this
6  time, if they were seeking to connect to
7  AutobahnFX through the FIX API; is that fair?
8     A   That's correct.
9        MR. GENSER:  Object to form.
10       THE WITNESS:  Sorry.
11    Q   Were there -- in the 2009 time period,
12  when a client was seeking to connect to the
13  AutobahnFX FIX API, were there other documents
14  other than Exhibit 38 that would be provided to
15  them?
16       MR. GENSER:  Objection, lack of
17       foundation.
18    A   From a technical perspective, if they
19  were also looking for, say, an SDP solution, a
20  Drop Copy solution, we would provide them with
21  another FIX specification for that.
22    Q   Okay.  But did your team provide
23  clients any other documentation, other than the
24  AutobahnFX FIX API integration guide for those
25  clients that were looking for a AutobahnFX FIX
57

1  IVIC
2  API connection?
3        MR. GENSER:  Object to form.
4     A   Right now, all I remember is that we
5  provide technical documentation.
6        If they're looking for a FIX API --
7  we'd look at a FIX API, I believe back then, we
8  also were offering the Java API so if they were
9  looking for the Java, we will provide them Java
10  API documentation so they were able to program
11  against.
12    Q   So the documentation that you would
13  provide them depended on what type of solution
14  they were looking for, if they were looking for
15  Java, you would give them the Java integration
16  guide, if they were looking for FIX, you would
17  give them the FIX integration guide?
18       MR. GENSER:  Object to form, asked
19       and answered.
20    A   I believe that's the -- that's the case
21  where I've stated, so if they were looking for,
22  at this time, in 2009, if they were looking for
23  a FIX solution, we were giving them FIX.  I
24  believe the Java API was still in full swing to
25  be allowed to be onboarded, so we'd use the Java
58

1  IVIC
2  API, because at -- in around that time period,
3  there was a migration where many Java API
4  clients would go to FIX, so it's -- it's more of
5  a standard protocol that industry had developed
6  against that protocol.
7     Q   Okay.  What was the purpose of
8  providing Exhibit 38 to clients at that time?
9     A   Right now, to get the FIX messaging,
10  that's probably the short answer I can give you.
11  So I can give you the example what I mean by
12  that.
13    Q   Please.
14    A   So, for example, if we turn to page --
15  where is -- so Page 12, where it says "Market
16  Data Request," if they want to ask for a -- a
17  spot trade, they would have to get the -- the
18  sequence of -- of this -- of FIX message correct
19  and asking us the right parameters in what they
20  were after, so if they want to do -- I want to
21  subscribe to Euro dollar spot trade for 1
22  million, they would have to plug in those
23  parameters correctly and conform to the
24  specification, they cannot deviate to what they
25  would like to do, they have to kind of like
59

1  IVIC
2  adhere to this.  This document is like the rules
3  of the road, you know, it's our way that we'll
4  understand those requests, and they should be
5  interpreting our responses correctly that way.
6     Q   And a client wasn't going to be able to
7  pass certification without conforming to this
8  document; is that correct?
9        MR. GENSER:  Object to form, vague,
10       misstates the testimony.
11    A   If the -- if the client doesn't adhere
12  to this specification, they add or had things
13  missing and that results in other issues, yes,
14  we would not pass that.  There are minor --
15  minor anomalies where we just ignore some
16  irregular messages, but in general, if they --
17  we validate every single messages on our -- on
18  our FIX gateway.
19    Q   So I believe earlier, you testified
20  that this document was drafted based on your
21  recollection on a -- by a Russian team; is that
22  right?
23    A   That's correct.
24    Q   Did your team validate this document
25  before it was given out?
60



IVIC

1    IVIC
2  don't know for a fact whatever values were set
3  on this, I wouldn't have that knowledge, I said
4  it kicks in, and the market moves again for .6
5  over PIP in their favor, and then we reject
6  their second order.
7     Q    Okay.
8     A    And I'd like to add that, again, I'm
9  looking at this from -- completely from a FIX
10 perspective, the FIX gateway perspective, not
11 the tunnel, not downstream.  And whatever
12 reporting was available to me, I mean, that's
13 what I provided here as well.
14    Q    Sure.
15        Is this type of data currently
16 available to you, timestamps and other -- for
17 trade requests and rejections from the FIX
18 gateway currently?
19        MR. GENSER:  Object to form.
20    A    Are you stating in the production
21 environment or in the UAT environment?
22    Q    In the production environment?
23    A    In the production environment, I have
24 access to actually go through and troubleshoot
25 several logs and archive several logs.

113

1    IVIC
2     Q    And you can do this same sort of
3  analysis today, then?
4     A    Yes, I can.
5        MR. GENSER:  Object -- well,
6        objection, lack of foundation.
7     Q    Is the data from the FIX gateway
8  available to clients for troubleshooting?
9        MR. GENSER:  Objection, vague.
10    A    Are you asking whether I can make FIX
11 messages from our FIX gateway available to
12 clients?
13    Q    Yes.
14    A    I've, on occasion, from vague memory,
15 not specific instance, I have communicated back
16 and forth the FIX messaging we see on our side
17 and try to get their FIX messages, so we kind of
18 try, troubleshoot and eliminate any technical
19 reasons why trades are being rejected.
20    Q    When you communicate FIX messages to
21 clients, do you provide them with the complete
22 FIX logs?
23        MR. GENSER:  Objection, vague.
24    A    Can I ask, complete in what sense?  I
25 would -- sorry, what -- what do you mean by

114

1    IVIC
2  "complete"?
3     Q    Would you provide them with all of the
4  data fields that are contained in this email or
5  would you leave some of those fields out?
6        MR. GENSER:  Objection, vague.
7     A    Coming from -- again, from a client
8  integration point of view, when I'm talking with
9  actual developers, the technical support on
10 Fortex or advanced markets here, I would
11 communicate the FIX messages, not internal
12 reporting.  That is, again, for -- something for
13 front office to have any communication or any
14 internal reporting, but the FIX messages inbound
15 and outbound, where we see, are usually
16 exchanged with a client or the vendor of the
17 cloud.
18    Q    Okay.  So just so that I understand
19 which ones are the FIX messages and which ones
20 are the internal, right, so on Page 34, the last
21 set, that's a outbound FIX message; is that
22 right?
23    A    Anything --
24        MR. GENSER:  Objection, vague.
25    A    Sorry, can you repeat and point out

115

1    IVIC
2  what you're --
3     Q    Sure.
4     A    You mean anything that's in brackets of
5  out?
6     Q    I was referring to the -- the first
7  page, on Page 34, so the -- the last group of
8  messages at the bottom of that page there that
9  have the brackets, "out," that's an outgoing FIX
10 message; right?
11    A    It's an outgoing FIX message.  And I
12 like to be clear that that shouldn't be
13 transformed in any way on our side.  So this
14 goes through the FIX tunnel transparently and
15 then back to the client, so they should receive
16 this exact same message that goes out.
17    Q    Okay.  And then the ones that -- the
18 second group, the -- the strings after
19 69 milliseconds later, where you get hit with
20 three requests.
21        Do you see that group?
22    A    The inbound group, do you mean?
23    Q    Yes.
24        Would you provide those to clients
25 unredacted?

116

IVIC

1
2          MR. GENSER:  Objection, vague.
3     A    If they request for that, yes, but that
4  would be unusual.
5     Q    It would be unusual?
6     A    Because these are the exact same
7  messages that they sent us.
8     Q    Okay.
9     A    If they were to ask for that, it would
10 be just to see if we received them and filed
11 them in correctly, from -- from a technical
12 point of view, that they didn't get corrupted by
13 the network line.
14    Q    And do the clients have access to the
15 timestamps of the -- the FIX gateway timestamps
16 on inbound messages?
17    A    Could you please in detail clarify what
18 you mean by "access," like in realtime access or
19 on -- per request or --
20    Q    Let's start with, without request, do
21 clients have access to the FIX gateway
22 timestamps for an inbound request?
23         MR. GENSER:  Objection, vague.
24    A    I -- I -- I still don't understand the
25 question.  If your question is whether I would
                                                117

IVIC

1  give them the outbound messages to them with --
2  without timestamps, if they request that, that's
3  something I would give to the client because
4  we're trying to troubleshoot possible network
5  latencies there, so from a technical point of
6  view, I would like to find out all the
7  timestamps necessary, to find out the realtime
8  differential on the networking side.
9     Q    Right.
10         But -- I'm sorry, my question must have
11 been confusing.  That -- that wasn't what I was
12 asking.
13         What I'm trying to understand is -- so
14 you said, this string of data, after 69
15 milliseconds later, we get hit with three
16 requests, that that was an inbound message to
17 Deutsche Bank, right, so that's an outbound
18 message from the client.  And my question was
19 whether or not the timestamps there, which were
20 timestamps from the FIX gate-- the FIX
21 gateway, were available to the client without
22 requesting them from you?
23         So do they just have those available to
24 them just naturally in their logs or was that
25
                                                118

IVIC

1  something that they would have to ask for?
2         MR. GENSER:  Objection, vague.  And
3         I'm not sure that that correctly
4         characterized the prior testimony about
5         the timestamp.
6         But you can answer, if you can.
7     A    I'm a bit confused on that answer, but
8  I'll try my best to answer that.  Those are
9  server timestamps on our -- our thing.  In this
10 email, there may be other communications,
11 there's not just AMI FX Fortex, it is -- has a
12 whole bunch of other clients in there.  So I
13 selectively filtered out just for them.  These
14 are server timestamps, it's not necessarily
15 something they would even know about.  I don't
16 even think there's a FIX protocol that would --
17 or FIX message that would immediately act back
18 what we -- what time we received that.
19    Q    Okay.
20    A    From a FIX gateway point of view, that
21 is, yeah.
22    Q    Sure.
23         Okay.  Okay.  And then the -- the
24 middle string in between those, after the
25
                                                119

IVIC

1  language that says, "Kicks in at
2  3030 milliseconds, down market moves to
3  1.22334."
4         Do you see that?
5     A    I can read that, yes.
6     Q    Right.
7         Okay.  So the text string there that
8  begins with the timestamps that are 08:21:17,
9  118?
10    A    Yes.
11         MR. GENSER:  What's the question?
12    Q    Are those -- is that data something
13 that's available to the clients on their end
14 without request?
15         MR. GENSER:  Objection, vague.
16    A    Not the actual FIX gateway.  They would
17 have to request exactly what we are recording on
18 our FIX gateway, as I said, there might be
19 additional processing time, so maybe that
20 timestamp, it wouldn't be relevant to them,
21 maybe they wouldn't want the FIX tunnel
22 timestamps, if we could capture that, so this --
23 I mean, when you look at timestamps, there is
24 components downstream that adds latencies here
25
                                                120