# Exhibit 15

# Filed Under Seal

**Pursuant to Court Order Entered Oct. 12, 2018 Dkt. No. 165**