# Exhibit 17

# Filed Under Seal

**Pursuant to Court Order
Entered Oct. 12, 2018 Dkt. No. 165**