# Exhibit 21

HIGHLY CONFIDENTIAL                                Philip Wood 11/29/2017

```
 1              H I G H L Y   C O N F I D E N T I A L
 2
 3              UNITED STATES DISTRICT COURT
 4              SOUTHERN DISTRICT OF NEW YORK
 5                          Case No. 15 Civ. 9945 (LGS)
 6    ---------------------------------------------
 7    AXIOM INVESTMENT ADVISORS , LLC
 8    by and through its Trustee, Gildor
 9    Management, LLC, and AXIOM
10    INVESTMENT COMPANY, LLC, by and
11    through its Trustee, Gildor
12    Management LLC,
13                     Plaintiffs,
14                     v.
15    DEUTSCHE BANK AG,
16                     Defendants.
17    ---------------------------------------------
18
19
20       Videotaped Deposition of PHILIP WOOD, taken by AILSA
21    WILLIAMS, Certified Court Reporter, held at the offices of
22    Kirkland & Ellis, London, UK, 29 November, 2017, at 9:00 a.m
23
24
25
```

HIGHLY CONFIDENTIAL

Philip Wood 11/29/2017

**Page 33**

```
 1         Q.  Would you guess that it is over 45?
 2         MR. GENSER:  Objection, foundation,
 3  relevance.
 4         A.  I would guess that, yes.
 5         Q.  When you were at Deutsche Bank, did
 6  you sit on any committees?
 7         A.  Yes.
 8         Q.  Do you recall the names of those
 9  committees?
10         A.  I recall one which I sat on in my
11  final role, yes.
12         Q.  What was the name of that committee?
13         A.  It was the Foreign Exchange Management
14  Committee, or words to that effect.
15         Q.  How many other people served on that
16  committee?
17         A.  I estimate between 15 and 20.  I don't
18  know the exact number.  That may not be absolutely
19  correct, but that would be my best estimate of the
20  range.
21         Q.  Did Mr. Rogers sit on that committee?
22         A.  Yes.
23         Q.  Did Mr. Knight sit on that committee?
24         A.  Yes.
25         Q.  Did Mr. Leigh sit on that committee?
```

**Page 34**

```
 1         A.  No.
 2         Q.  Was this committee internal to
 3  Deutsche Bank?
 4         A.  Yes.
 5         Q.  Did you ever sit on any committees
 6  that included other bank members?
 7         A.  Apologies for the delay.  I am just
 8  trying to remember to make sure I give as accurate
 9  an answer as I can.  Oh, yes, I did, yes.
10         Q.  What committee was that?
11         A.  It was one set up by the Bank of
12  England.
13         Q.  Did that committee have a name?
14         A.  I don't know that it did have a name
15  actually, no.  No.
16         Q.  What did that committee pertain to?
17         A.  It was set up by the Bank of England's
18  FX Committee.  The Bank of England has an FX
19  Committee, which I was not a member of, and it was
20  set up by the FX Committee to work with the Bank of
21  England for a period of time.
22         Q.  To work with the Bank of England for
23  a period of time to do what?
24         A.  So to help give input into a best
25  practice, I think it was called Best Practices Code
```

**Page 35**

```
 1  that they were writing.
 2         Q.  Did you give input into the Best
 3  Practices Code?
 4         A.  Well, I attended the meetings.
 5  I don't recall the specifics of them but I attended
 6  the meetings that they set up.
 7         Q.  Did anybody else from Deutsche Bank
 8  attend those meetings?
 9         A.  I don't recall anyone, no.
10         Q.  Did in fact a Best Practices Code get
11  created?
12         A.  To my recollection, yes, the Bank of
13  England did produce one.
14         Q.  Do you know what year it produced that
15  code?
16         A.  I don't know the year of it, no.
17         Q.  Did anybody at Deutsche Bank speak
18  with you in order for you to provide input at those
19  meetings?
20         MR. GENSER:  Objection, form.
21         A.  I don't recall.
22         Q.  Do you recall having discussions with
23  Mr. Oomen, for example, about the Best Practices
24  Code?
25         MR. GENSER:  Objection, form.
```

**Page 36**

```
 1         A.  I don't recall that, no.
 2         Q.  Do you recall any discussions during
 3  these committee meetings of the term "latency
 4  buffer"?
 5         A.  This is discussion in these Bank of
 6  England organized meetings you are asking about?
 7         Q.  Correct.
 8         A.  No, I don't remember the details, I am
 9  sorry.
10         Q.  What does the term "latency buffer"
11  mean to you?
12         MR. GENSER:  Objection, vague.
13         A.  I think I would need the context of
14  it, the context of the use of the phrase, to try and
15  guess what it meant.
16         Q.  Have you heard the term "latency
17  buffer" before?
18         A.  I don't recall the exact phrase, no.
19  I may have heard it before.  I don't recall it.
20         Q.  Do you know if the term "latency
21  buffer" appears in the Bank of England Best
22  Practices Code for FX?
23         A.  No, I don't know that.
24         Q.  Do you recall in these Bank of England
25  committee meetings any discussions regarding the
```