# Exhibit 25

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Case No. 15 CV 09945(LGS)
 5    - - - - - - - - - - - - - - - - - - - -x
 6    AXIOM INVESTMENT ADVISORS, LLC,
 7    By and through its Trustee, GILDOR
 8    MANAGEMENT, LLC, and AXIOM INVESTMENT
 9    COMPANY, LLC, by and through its
10    Trustee, GILDOR MANAGEMENT, LLC,
11                         Plaintiffs,
12         -against-
13    DEUTSCHE BANK, AG,
14                         Defendant.
15    - - - - - - - - - - - - - - - - - - - -x
                          November 14, 2017
16                        9:10 a.m.
17
18       Videotaped Deposition of GEORG
19    KIRCHGAESSER, taken by attorneys for
20    Defendant, pursuant to notice, held at the
21    offices of Kirkland & Ellis, LLP, 601
22    Lexington Avenue, New York, New York,
23    Before Debbie Zaromatidis, a Shorthand
24    Reporter and Notary Public of the State of
25    New York.
```

Page 290

```
1           KIRCHGAESSER
2  liquidity provider while you were at
3  Axiom?
4          MR. ZIGLER:  Asked and
5  answered.
6      A.  So given what I said today and
7  to the best of my recollection, I -- I
8  don't have -- nothing comes out to me that
9  says, you know, like yes, I was
10 dissatisfied or satisfied.  So I don't
11 recall any specific time besides the
12 things that we discussed today.
13     Q.  And when you say besides the
14 things we discussed today, you are
15 referring to the e-mail that we looked at
16 in 2012 about Deutsche Bank having low
17 trading volumes with Axiom?
18     A.  Yes.  So it was a matter of
19 maybe volume if you want -- if you want to
20 call it that.  I mean it was an
21 observation more than a critique, if you
22 may call that.
23     Q.  And I believe when we were
24 discussing those e-mails you told me that
25 you had no recollection of what was being
```

Page 291

```
1           KIRCHGAESSER
2  discussed in those e-mails?
3      A.  I still don't.
4      Q.  Okay.  So given that you don't
5  have a recollection of what was in those
6  e-mails, just based on what you do recall
7  is there any time you can tell me about
8  when you were dissatisfied with Deutsche
9  Bank as a liquidity provider?
10     A.  Besides what we discussed today
11 after seven hours -- close to seven hours
12 of sitting here and answering your
13 questions, I don't -- I don't recall at
14 this moment in time where I was
15 dissatisfied or satisfied.
16     Q.  All right.
17         MR. GENSER:  See you guys
18 tomorrow.
19         MR. ZIGLER:  Hold on.  I have
20 got one or two questions before we go off.
21 So you might not lose that mike just yet.
22         MR. GENSER:  If that is the
23 case, I reserve the time because I have a
24 lot of time left for redirect, but go
25 ahead.
```

Page 292

```
1           KIRCHGAESSER
2          MR. ZIGLER:  Okay.
3  EXAMINATION BY MR. ZIGLER:
4      Q.  Did Deutsche Bank ever tell you
5  that Deutsche Bank could delay its
6  execution of Axiom trades in order to see
7  if the market was moving against Deutsche
8  Bank's interest before deciding whether to
9  accept or reject that trade?
10         MR. GENSER:  Objection,
11 leading, lack of foundation.
12     A.  No, they never said that.  No.
13     Q.  And how do you know no one at
14 Deutsche Bank told you that?
15     A.  Well, it would be -- that is
16 outrageous.  That is against market
17 convention.  It is like me calling the
18 bank and saying I need a price on ten, and
19 the guy makes me a price, and then I trade
20 and he goes no, no we are not -- that is
21 not our interest.  So that would go
22 against any market convention trading
23 ethics or for that matter I think any type
24 of financial instrument.  It's -- that is
25 something that just wouldn't happen.
```

Page 293

```
1           KIRCHGAESSER
2          MR. GENSER:  Move to strike.
3  That was nonresponsive to the question
4  that was asked.
5      Q.  Do you recall any specific
6  instance that you recall where a rejected
7  trade allowed you to place a trade that
8  improved Axiom's position?
9          MR. GENSER:  Objection, vague,
10 leading, and lack of foundation.
11     A.  I don't -- I don't recall.  We
12 did a lot of trades, so I can't
13 specifically tell you specifics about
14 trades in the past.  This is over five
15 years ago, you know, five to ten years
16 ago.  So I -- I apologize to you, but I
17 can't tell you what I did or how the
18 trades or specifically about any types of
19 trades.  We had quite a number of trades.
20         MR. ZIGLER:  That's all I've
21 got.
22 EXAMINATION BY MR. GENSER:
23     Q.  Mr. Kirchgaesser, I believe you
24 testified that you were not familiar with
25 Citibank's trade acceptance process on its
```