**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AXIOM INVESTMENT ADVISORS, LLC, by and through its Trustee, Gildor Management, LLC, and AXIOM INVESTMENT COMPANY, LLC, by and through its Trustee, Gildor Management, LLC,<br><br>Plaintiffs,<br><br> - against -<br><br>DEUTSCHE BANK AG,<br><br>Defendant. | Case No. 15 Civ. 9945 (LGS) |

---

**DECLARATION OF RETO FELLER IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

---

I, Reto Feller, declare and state as follows:

1.    I make the following statements on the basis of my own personal knowledge.  If called as a witness, I could and would competently testify to the matters stated herein.

## I.    INTRODUCTION (AND SCOPE)

2.    I am a Senior Market Consultant at Velador Associates, LTD.

3.    Velador Associates is an expert consultancy firm, specializing in the area of the financial markets. Its consultants have significant experience in all facets of foreign exchange (FX) trading. I have personal FX trading experience at a senior level and have a deep understanding of FX practices and FX trading as described in this report.

4.    This Declaration describes and explains electronic trading of FX, explains FX instruments, and describes who trades and makes markets in FX, order types, and trading venues.

5.    I base my opinions in this matter on my extensive experience in trading and analyzing FX, and have, where necessary, consulted with my supporting colleagues at Velador. A list of the materials and resources I considered in the preparation of this report is contained in Section 59.

## II.    QUALIFICATIONS (AND COMPENSATION)

6.    I have worked in FX for 31 years.

7.    In addition to my duties at Velador, I am also Managing Director of Swisstematics. Swisstematics provides consultant services to banks, hedge funds and asset managers, treasury centers, energy trading firms and brokers in analyzing and trading FX.

8.    Prior to joining Swisstematics, I was the Head for FX Spot trading for London and New York for Westpac, based in London, from 2011 to 2013. Prior to that, I was a Senior Portfolio manager at BlueCrest Capital, one of the largest European hedge funds at the time, also located in London, from 2007 to 2011. Other significant FX experience throughout my career includes working for UBS, for whom I worked during my eight years in Zurich, London and New York; Commerzbank in Frankfurt and London as their European Head for FX Spot trading; Merrill

1

Lynch; and HSBC. I also worked for 2 years at Graham Capital Management, a hedge fund based in Rowayton/Connecticut.

9.      I have a baccalaureate in Economics from the  Berne-Kirchenfeld College and I attended the University of Berne Law School.

10.      I passed the NFA (National Futures Association) Series 3 and was registered with the Financial Conduct Authority (FCA) during my last employments.

11.      Velador Associates is being compensated at my standard hourly rate of £300, and neither my compensation nor the compensation of Velador Associates is contingent on the outcome of this proceeding. I have not testified as an expert at a trial or a deposition in the past four years.

## III.     SUMMARY OF OPINIONS

12.      While FX traders understood that liquidity providers were performing credit, liquidity and price checks prior to confirming a trade, the full scope of any particular liquidity provider's trade acceptance practices were unknown to others. Nevertheless, long time existing convention and expectations of FX traders provided that liquidity providers would execute trades in good faith and with integrity, in the order they are received, in accordance with the price at the time the liquidity provider received the trade request, and that the liquidity provider will confirm the trade without unnecessary delay.

13.      Contrary to the expectations of FX traders, Deutsche Bank performed post-receipt price checks in order to determine whether its price moved in or against its interests and then to renege and refuse to complete those trades it determined to be likely unprofitable in that moment. Deutsche Bank's trade data allows for this behavior to be observed. This data includes timestamps associated with the receipt of trades as well as the time of Deutsche Bank's price checks and whether Deutsche Bank confirmed the trade.

14.      By using post-receipt prices to judge whether a price was stale, Deutsche Bank reneged and rejected valid trades to the detriment of its clients. This practice is, in my experience, contrary to good faith trading expectations between counter-parties to a trade. As a result, a rational FX trader would not voluntarily agree to this practice.

2

## IV.    OPINION

### A.  TRADING FOREIGN EXCHANGE

15.     The FX market is considered to be the largest financial market with over $5 trillion in worldwide daily transactions, which is more than the futures and equity markets combined.

16.     Unlike the  NYSE, where a single, transparent price for a securities listing is provided in real time to all market participants, there is no analog in the FX market. Instead, FX trading is conducted primarily over-the-counter. Over-the-Counter (OTC) trading consists of networks of trading relationships centered on one or more dealers. Dealers act as liquidity providers by quoting prices at which they will sell (offer) or buy (bid) to other dealers and to their clients.

17.     The entities who trade FX OTC include banks, commercial companies, central banks, investment management firms, hedge funds, and investors. Large banks like Deutsche Bank act as "liquidity providers" by buying and selling currencies.

### B.  Modern FX Trading Practices

18.     Market participants wanting to buy or sell FX do so primarily through banks and could do so through various order types: "at market" (whatever the prevailing price then was), a "limit" order (under which buyers would purchase at or below a given price, while sellers would sell at or above the limit price), or by requesting a specific quote, known as a "Request for Quote" (RFQ).

19.     Today, the majority of FX volume and trades are conducted electronically.

20.     Electronic trading of FX is fast compared to voice trading, which required reaching another person on a telephone line. Electronic FX trading has the same or similar market participants with the same or similar needs, trading with each other with the same rules and expectations of fair play following long held conventions, just faster without the need for direct human interaction.

21.     With advances in communication technology, banks began to build and open their own trading platforms for transactions with their clients. Examples of such "single-bank platforms" include "Autobahn FX" by Deutsche Bank. Other banks such as Barclays, Credit Suisse and BNP

Paribas also offer trading to clients on their own single-bank platforms (also known as a "single-dealer" platforms).

22.     Other market participants built platforms that aggregated liquidity from multiple providers. These "Aggregators," "Multi-Bank Platforms," or Electronic Communications Networks (ECNs), provide FX prices from multiple liquidity providers to potential counter-parties.

23.     For example, in 1996, State Street Bank launched its single-bank platform, FXConnect, and in 2000 expanded it to become the first multi-bank network providing clients with access to pricing from multiple banks at once. Hotspot, FXAll and Currenex are other examples of popular multi-bank platforms.  The manner in which traders submit orders and those orders are confirmed on multi-bank platforms are substantially identical.

24.     Buy-side FX traders who wish to trade electronically can connect both directly and indirectly to liquidity providers.  Through the use of a GUI (Graphical User Interface), market participants connect electronically to liquidity providers through either webpages or software that graphically displays bid and offers across a variety of currency pairs, usually tailored to the requirements of such market participants. Trades are sent at a click of a mouse.

25.     Alternatively, a buy-side FX trader and a liquidity provider can connect their computers directly to a platform through an agreed upon API (Application Programming Interface): a protocol that allows two software applications to communicate with each other. That platform may then also connect to additional venues by API. API allows for significantly faster trading than through a GUI.

26.     Regardless of whether a trading venue is a single or multi-bank platform, it will facilitate the trading of currencies by streaming and constantly updating prices for pre-determined currency pairs at various levels of liquidity (potential transaction volumes or trade sizes) and allow counter-parties to send trade instructions based on those prices and available liquidity.

27.     Multi-Bank Platforms also allow clients to choose independently the best bid and the best offer out of all the bids and offers shown by all the banks. In addition to these platforms, some FX clients have developed their own interfaces allowing them to receive prices from a number of liquidity providers or Multi-Bank Platforms in order to ensure they are transacting on the best price.



28.     In this example, RBS is showing the best bid of 1.13226 and Barclays is showing the best offer of 1.13233, giving a spread of just 0.00007.

5

### C. Industry Trade Acceptance Practices

29.     Speed is particularly important to FX traders. FX prices move very rapidly—sometimes multiple times within the space of only one second. FX prices can also move near instantaneously in reaction to an order being placed or executed. For example, liquidity providers can receive price updates from Reuters every 250 ms and from EBS every 100 ms, which are two popular platforms that facilitate interbank trading, and may update their own prices as frequently.

30.     Because of the quick pace of FX trading, anything that shortened the communication required to initiate a deal was preferred. For instance, when trading by phone in 1996, a market participant A seeking to sell $10 million against the Swiss Franc, would call a dealer of Dollar/Swiss Franc (CHF) at bank B, with whom he had a trading relationship and state: "CHF in 10?" The price-maker's reply would be two numbers (a bid and offer) "40-45", and once the trader A replied "yours," the trade would be complete. FX trading convention would not allow the trade to be undone or the price to be changed. In this example, the representative trader has used only 4 words to source a price and sell $10 million at a price of 1.4540.

31.     Market participants on the buy and sell side also took steps to increase the speed at which they could trade electronically. Delays in trade execution, whether associated with the time to make a decision or the time to transmit data, are referred to as latencies. Market participants and both the buy and sell side often invested in technology to limit these latencies, such as investing in high-speed communication lines, faster computers or locating those computers nearer to those of its counter-parties. (Oomen Tr. at 78:3-4, 14-16).

32.     When trading FX electronically, liquidity providers perform a number of checks prior to confirming a trade. For example, the liquidity provider checks to ensure that computer systems are properly functioning correctly, that the messages containing the trade contains all necessary fields to complete the trade and that this information is consistent with the trade instruction, that the individual trader and counterparty have permission to trade the selected instrument, and that the trade would not breach the risk limits, or margin requirements of either party. (Oomen Tr. at 150:25-151:3).

6

33.    Additionally, the liquidity provider also checks to make sure that the currency associated with that streaming price was still available – that it was not taken by another counter-party or withdrawn by the liquidity provider in the moments preceding receipt of the trade.

34.    Because of the speed at which transactions occur and FX prices change in conjunction with these checks, not all trade requests are completed. It is not uncommon for a liquidity provider to update its price to a customer at the same time that a customer sends a trade instruction. Before the trade instruction arrives, the price has changed. The price is then considered "stale." (Oomen Tr. at 152:15-18).

35.    For example, suppose a trader responded to a liquidity provider's streaming price with an instruction to sell £5mio GBPUSD at 1.3560. If the message was valid and the client had the available credit and the price had not been changed or withdrawn, the trade instruction is complete and the liquidity provider will send a confirmation of the trade. If the best available price is 1.3561, then the trade instruction would be filled at the improved price of 1.3561. If the current price is 1.3559 then the trade instruction would not be filled because that price is "stale."

36.    Because a trade instruction cannot be canceled or withdrawn, a trader cannot place orders with multiple providers to hedge the risk of a trade not being confirmed due to a stale price. A trader who places the same order with multiple liquidity providers risks having all such multiple orders filled.  Instead, if the trade was missed due to a stale price, the order would need to be resubmitted at a new price, all while the market price was potentially moving against the party seeking to trade.

37.    Reduced latencies increased the probability that the trader would not lose an opportunity to another faster trader. Accordingly, it has been and continues to be important for most FX traders that that all latencies are reduced as much as possible.

38.    To illustrate the latency periods involved and the timing of certain checks, I provide the below a graphical illustration.



### D. Abuse of Last Look

39.     The time which the liquidity provider takes to perform these checks eventually became referred to by some in the market as the Last Look period. (Wood Tr. at 37:5-37:20). However, liquidity providers typically consider the details of their trade acceptance practices (what happens during this last look period) confidential.  (O'Flaherty Tr. at 35:18-23) ("I believe that Last Look Criteria is proprietary and therefore some elements of that may be confidential"). So while market participants understood that liquidity providers were performing credit, liquidity and price checks prior to confirming a trade, the full scope of any particular liquidity provider's trade acceptance practices were unknown to others. (Wood Tr. 102:4-102:8) ("I am sure at the time I wasn't party to details of exactly how ·competitor banks ran their model. So I don't know is the answer to the specific banks and what they were specifically doing."); (O'Flaherty Tr. at 37:1-10).

40.     Nevertheless, long time existing FX trading convention and expectations provided that liquidity providers would execute trades in good faith and with integrity, in the order they are received, in accordance with the price at the time the liquidity provider received the trade request, and that the liquidity provider will confirm the trade without unnecessary delay.

41.     However, it has recently become known that certain banks took advantage of both natural and artificial delays in their trading platforms and acceptance protocols to maximize their

8

profit: the New York Department of Financial Services (NYDFS) has fined Barclays, BNP Paribas and most recently Credit Suisse for their use of artificial delays to increase the profitability of their electronic trading platforms. Instead of determining whether to accept or reject a trade based upon the price at the time the trade was received, these banks instead artificially lengthened and used the Last Look period to delay their price checks and refuse to complete trades on the basis of price updates that occurred *after* the trade instruction had been received. It is this practice that is the subject of this lawsuit against Deutsche Bank. The NYDFS is apparently investigating Deutsche Bank for practices "broader than just last look." (Oomen Tr. at 38:5-6, 11-15).

### E. Deutsche Bank's Practices

42.    The discovery in this case shows that Deutsche Bank  used its Last Look period to perform post-receipt price checks in order to determine whether the trade added to or subtracted from Deutsche Bank's bottom line, and then to renege and refuse to complete those trades it determined to be likely unprofitable at that time. DB-Axiom_01726366.

43.    At first, Deutsche Bank took advantage of the natural delay that occurred while it conducted its validity checks to allow it the opportunity to observe any change in price in the subject currency before confirming a trade. Like other banks, Deutsche Bank could receive price updates from Reuters every 250 ms and from EBS every 100 ms. This allowed Deutsche to observe the movement of currency prices while it was processing a trade request. It would then use the price of the currency that existed at the end of this processing period instead of the price of the currency at the time it received the trade to judge whether a trader had missed its price. (Oomen Tr. at 161:10-14).

44.    Deutsche Bank's price-check was asymmetrical in nature, meaning that Deutsche Bank would complete the trade if the market moved in its favor and would reject the trade if the market moved in the client's favor during this post-receipt period. Deutsche Bank applied this feature to all clients connecting through any platform. (Prata Tr. at 179-180).





45.     Deutsche Bank's trade data allows for this behavior to be observed. This data

includes timestamps associated with the receipt of trades as well as the time of Deutsche Bank's

10

price checks and whether Deutsche Bank confirmed the trade. A summary of these fields is attached as Figure 1.

46.    By using post-receipt prices to judge whether a price was stale, Deutsche Bank reneged on otherwise valid trades to the detriment of its clients. This practice allowed Deutsche Bank to grant itself a risk-free option on trade instructions without having to pay a premium for this option.

47.    For example, if a FX trader responds to a Deutsche Bank streaming price of 1.3570/72 for £10mio GBPUSD with a trade instruction to sell £10 mio at 1.3570 limit, the expectation is that trade will be filled if that price had not been changed or withdrawn by the time the trade instruction was received by Deutsche Bank.

48.    However, Deutsche Bank used its Last Look period to monitor the market price of the currency subject to the trade instruction and refused to fill orders when the price moved against Deutsche Bank.

49.    By using the post-receipt prices to determine if it would consider a price stale, Deutsche Banks awards itself a premium-free call option to buy £10 mio GBPUSD at 1.3570. If the market moves higher before responding to the trade instruction (response time) and a bid is available on Reuters for £10mio at 1.3572, Deutsche Bank can accept the option it has granted itself by accepting the trade instruction, buying £10mio GBPUSD at the now old price of 1.3570 and immediately cover the trade at 1.3572, making a risk-free profit of $2,000. If the market moves lower before responding to the trade instruction, and the best bid now available is 1.3568, Deutsche refuses to complete the trade claiming that the rate is no longer available.

50.    This post-receipt price check was extremely valuable to Deutsche Bank because it guaranteed an immediate profit at the time of its trade acceptance decision and avoided trades that would have resulted in a loss at the time of its trade acceptance decision. This ensured that regardless of movement in FX prices, the client would always be placed at an information and trading disadvantage relative to Deutsche Bank during its trade acceptance process. DB-Axiom_01476891-92.

11

51.     When trading FX, at no time should there be a situation generated that allows for one party to obtain a risk- and premium-free option, undeclared and unbeknown to the contracting party. If one party wants an option, they should pay a premium.

**G.  Deutsche Bank's implementation of Delayed Trade Acceptance.**

52.     Beginning in 2010, Deutsche Bank exacerbated the effect of its post-receipt price check by imposing an artificial and automatic delay between the time it received the trade instruction and when it would perform the price check. This feature was called "Delayed Trade Acceptance," or "DTA." (Leigh Tr. at 74). DTA did not change the post-receipt price check feature of its then-existing trade acceptance practices, but automatically extended the delay allowing it to observe more market movement. As illustrated below, DTA operated as a predetermined artificial buffer before the otherwise existing price check would be completed:

53.     As implemented on Autobahn, Deutsche Bank's Delayed Trade Acceptance methodology held the trade for the shorter of the mandated number of client price updates ("ticks") or a specified number of milliseconds. Carter Tr. at 71:15-20. Alternatively if, during the DTA period, the price moved in the client's favor in an amount equal to or greater than a specified amount ("pips") the trade would be immediately rejected, and would be immediately accepted if the price moved in Deutsche Bank's favor. (Exh. 3/DB-Axiom_01314378 at 383; Carter Tr. at 78:6-12; 164:24-165:8)



54.     The additional "DTA period" delay Deutsche Bank imposed on its clients typically ranged anywhere from 50 milliseconds to 510 milliseconds. DB-Axiom_02332857; DB-Axiom_01646341. Deutsche Bank actually tailored its DTA settings to ensure that it would receive price updates from EBS or Reuters while it was holding the trade. DB-Axiom_01462252.

55.     Deutsche Bank's counter-parties were led to believe that Deutsche Bank refused to complete these trades because latencies caused their trades to contain stale prices. For example, Deutsche Bank transmitted the same "stale quote" response when the trade was rejected only because of a post-receipt price update. DB-Axiom_00950585-86; Carter Tr. at 189:21-25. Clients were also told that the "stale quote" response was likely the result of a "performance issue" on their end. DB-Axiom_01205241 at 93; DB-Axiom_01657651 at 69.

56.     I believe Deutsche Bank's practices were outside the bounds of the 2011 Bank of England NIPS Code because there is no unavoidable technological latency that prevents Deutsche Bank from verifying the price based on its own, then-existing price at the time it received the instruction.

57.     In addition, at times, Deutsche Bank delayed transmitting its trade acceptance or rejection notice to clients in order to obscure precisely how fast Deutsche Bank was able to process trades. DB-Axiom_00475574 at 75; DB-Axiom_01463333 at 35; Carter: 152:5-18, 154:4-18.

58.     Any delay in transmitting a trade acceptance or rejection notice disadvantages traders. FX prices move by the millisecond, and where information is key (especially knowledge of your own positions and risks), any delay in receiving trade acceptance or rejection notices may cause the trader to miss opportunities to secure profit or avoid losses.

## V.    CONCLUSION

59.     Deutsche Bank's use of post-receipt price checks to renege on otherwise valid trades was contrary to market convention and the expectations of fair dealing by FX traders. Deutsche Bank's practices were to its counter-parties' detriment. Rational traders would not voluntarily allow Deutsche Bank to refuse a trade on the basis of a price change that occurred after it was received.

13

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

RETO FELLER

Executed on Monday, January 15, 2018 in London, United Kingdom.

14

## VI.    REFERENCES

### Deposition Testimony

Oomen Deposition Transcript

Wood Deposition Transcript

O'Flaherty Deposition Transcript

Prata Deposition Transcript

Leigh Deposition Transcript

Carter Deposition Transcript

### Documents

DB-Axiom_01726366

DB-Axiom_01476891

DB-Axiom_01314378

DB-Axiom_02332857

DB-Axiom_01646341

DB-Axiom_01462252

DB-Axiom_00950585

DB-Axiom_01205241

DB-Axiom_01657651

DB-Axiom_00475574

DB-Axiom_01463333

# FIGURE 1

| Row | Data Field | Example Record | Field Definition | Source |
|---|---|---|---|---|
| 1 | Date / Time Fields | | | |
| 2 | | | | DB-Axiom 00546778-81 at 80 |
| 3 | | | | DB-Axiom_00546778-81 at 78 |
| 4 | | | | DB-Axiom 00546778-81 at 80 |
| 5 | | | | DB-Axiom_00546778-81 at 78 |
| 6 | | | | DB-Axiom 00546778-81 at 79 |
| 7 | | | | DB-Axiom 00546778-81 at 79 |
| 8 | | | | DB-Axiom 00546778-81 at 80 |
| 9 | | | | DB-Axiom 00546778-81 at 80 |
| 10 | | | | DB-Axiom_00378306; XLS Column AF |
| 11 | | | | DB-Axiom_00378306; XLS Column AG |
| 12 | | | | DB-Axiom_02382827; XLS Column AH |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | DB-Axiom_02393583; XLS Column AL |
| 17 | | | | |
| 18 | | | | |

| Row | Data Field | Example Record | Field Definition | Source |
|-----|-----------|----------------|------------------|--------|
| 19 | | | | |
| 20 | | | | DB-Axiom 00546778-81 at 80 |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | **Price Fields** | | | |
| 25 | | | | Ivic Depo Exh. 39 // DB-Axiom 00554973 |
| 26 | | | | DB-Axiom_00554973 |
| 27 | | | | DB-Axiom_00554973 |
| 28 | | | | |
| 29 | | | | |
| 30 | **Identity Fields** | | | |
| 31 | | | | |
| 32 | | | | DB-Axiom 00546778-81 at 80 |
| 33 | | | | DB-Axiom 00546778-81 at 80 |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | **Currency / Trade Position Fields** | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | **Other Fields** | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |



| Row | Data Field | Example Record | Field Definition | Source |
|---|---|---|---|---|
| | | | | DB-Axiom_02424786 |
| | | | | DB-Axiom_02419289 |
| | | | | DB-Axiom 00546778-81 at 80 |
| | | | | DB-Axiom _01750039-71 at 59 |

| Row | Data Field | Example Record | Field Definition | Source |
|---|---|---|---|---|
| 1 | | **Date / Time Fields** | | |
| 2 | | | | |
| 3 | date | 2012.07.30 | | |
| 4 | time | 05:15:43:130 | "time KDB persists data" | DB-Axiom_00905446 at -50 |
| 5 | clientSuppliedTS | 1875.05.07D12:53:49.371732032 | "user's timestamp on the order submission (when working properly)" | DB-Axiom_02405101 at -12 |
| | | | | DB-Axiom_00966055 at -59 |
| | | | "the timestamp in the FIX message which the client sent. This is only MS accurate, and it is set by the clients Fix engine, so the clients infra, not ours" | |
| 6 | tradeTS | 2012.07.29D20:00:00.000000000 | "this is used [by] FIX to tell clients when we sent this. Comes from upstream process… not made by rapid so not accurate" | DB-Axiom_00905446 at -49 |
| 7 | gatewayTS | 2012.07.30D05:15:43.010169000 | "time when gateway received NOS" | DB-Axiom_02405101 at -12 |
| | | | "time in kdb format - time the GW gets the inbound order" | DB-Axiom_02393091 at -93 |
| | | | | DB-Axiom_00966055 at -59 |
| | | | "the time when the fix engine first observed the message from the client" | |
| 8 | releaseConfTS (a.k.a. confirmRelTS) | 2012.07.30D05:15:43.021169000 | "time when our fix engine should send ER back to client" | DB-Axiom_02405101 at -12 |
| | | | "we intend to release ack at this time" | DB-Axiom_00905446 at -51 |
| | | | "time in kdb format - time we intend to send the response to client (not actual sent time" | DB-Axiom_02393091 at -93 |
| 9 | decisionTS | 2012.07.30D05:15:43.130205000 | "time point when we made decision" | DB-Axiom_02405101 at -12 |
| 10 | msgTS | 2012.07.30D05:15:43.130274884 | "msgTS in ClientExec is the timestamp of the TradeBus message TradeReport. That is, it is always the timestamp of the moment TA made a decision. For the case when we reject due to insufficient liquidity it is also about the time we actually received the request" | DB-Axiom_00918977 at -79 |
| | | | | DB-Axiom_00923318 at -19 |
| | | | | DB-Axiom_02405101 at -12 |
| | | | "...this is the time TA is done with decision." | DB-Axiom_00966055 at -58 |
| | | | "msgTS - time when the message hit our ledger" | |
| | | | "the time when the trade request was stamped onto the tradebus, this is the sequencer time" | |
| 11 | feedTS | 2012.07.30D05:15:43.544000000 | | |
| 12 | settlementTS | 2012.07.31D20:00:00.000000000 | | |

| Row | Data Field | Example Record | Field Definition | Source |
|---|---|---|---|---|
| 13 | | | | |
| 14 | Price Fields | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | Identity Fields | | | |
| 19 | | | | DB-Axiom_00905446 at -48 |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | DB-Axiom_00905446 at -51 |
| | | | | DB-Axiom_01824278 at -82 |
| 24 | | | | |
| 25 | Currency / Trade Position Fields | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | DB-Axiom_00905446 at -51 |
| 30 | | | | |
| 31 | | | | DB-Axiom_00905446 at -51 |
| 32 | | | | DB-Axiom_00905446 at -51 |
| 33 | | | | |
| 34 | Other Fields | | | |
| 35 | | | | |
| 36 | | | | DB-Axiom_00918977 at -79 |
| 37 | | | | DB-Axiom_00905446 at -50 |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | DB-Axiom_00905446 at -51 |
| 42 | | | | DB-Axiom_00905446 at -50 |
| 43 | | | | |
| 44 | | | | DB-Axiom_00905446 at -51 |

| Row | Data Field | Example Record | Field Definition | Source |
|---|---|---|---|---|
| 45 | | | | DB-Axiom_00918977 at -78 |
| | | | | DB-Axiom_00905446 at -51 |
| 46 | | | | DB-Axiom_00905446 at -49 |
| 47 | | | | DB-Axiom_00905446 at -51 |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | | |

