USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AXIOM INVESTMENT ADVISORS, LLC, by and through its Trustee, Gildor Management LLC, and AXIOM INVESTMENT COMPANY, LLC, by and through its Trustee, Gildor Management, LLC

        Plaintiffs,

v.

DEUTSCHE BANK AG,

        Defendant.

Case No. 1:15-cv-9945-LGS

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-captioned action with prejudice, each party to bear its own costs.

New York, New York
January 18, 2019

SO ORDERED

*[signature]*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: January 17, 2019

Respectfully Submitted,

KING & SPALDING LLP
By: /s G. Patrick Montgomery (w/consent)
G. Patrick Montgomery (pro hac vice)
1700 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

LATHAM & WATKINS, LLP
By: /s Joseph Serino, Jr. (w/consent)
Joseph Serino, Jr.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
joseph.serino@lw.com

Counsel for Defendant Deutsche Bank AG

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
By: /s Christopher M Burke (w/consent)
Christopher M. Burke
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
cburke@scott-scott.com

KOREIN TILLERY LLC
By: /s George A. Zelcs
George A. Zelcs
205 No. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
gzelcs@koreintillery.com

NUSSBAUM LAW GROUP, P.C.
By: /s Linda P. Nussbaum (w/consent)
Linda P. Nussbaum
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com

HAUSFELD LLP
By: /s Michael D. Hausfeld (w/consent)
Michael D. Hausfeld
1700 K Street, NW, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com

Counsel for Plaintiffs Axiom Investment Advisors, LLC, and Axiom Investment Company, LLC, by and through their Trustee Gildor Management LLC

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

KOREIN TILLERY LLC
By: /s George A. Zelcs
George A. Zelcs
205 No. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
gzelcs@koreintillery.com
